UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JONATHAN STOUGH, on behalf of himself and those similarly situated,<br>　　　　　Plaintiff,<br>vs.<br>TOTAL LAWN CARE TLC, LLC, a Georgia Limited Liability Company, and LONNIE LITTON, individually,<br>　　　　　Defendants. | CIVIL ACTION FILE<br>NO. 2:14-cv-00198-WCO |

J U D G M E N T

This action having come before the court, Honorable William C. O'Kelley, Senior United States District Judge, for consideration of the parties' Joint Motion for Settlement Approval. According to the Fair Labor Standards Act, and the court having granted said motion, it is

**Ordered and Adjudged** that judgment is entered in plaintiff's favor against defendants for $16,000, which is comprised of $7,000 in overtime wages and liquidated damages and $9,000 in attorney's fees and costs.

Dated at Gainesville, Georgia, this 13th day of August, 2015.

　　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　s/Shane Gazaway
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　August 13, 2015
James　N.　Hatten
Clerk of Court

By: s/Shane Gazaway
　　　Deputy Clerk